THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS AVERY, Defendant-Appellant.

(No. 72-249; )

Fifth District—July 24, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Robert E. Farrell and Richard E. Cunningham, both of the State Appellate Defender's Office, of Mt. Vernon, and William H. Wilson and Richard A. Ringhofer, both Senior Law Students, for appellant.

Robert H. Rice, State's Attorney, of Belleville (Richard Agiurre, Assistant State's Attorney, of counsel), for the People.